# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

OLGA PATRICIA NUNEZ,

      Plaintiff,

v.

GLOBAL OB/GYN CENTERS, P.A.,
ROBERT KLEIN, MYRIAM KLEIN,

      Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, OLGA PATRICIA NUNEZ, brings this action against Defendants, GLOBAL OB/GYN CENTERS, P.A., ROBERT KLEIN, and MYRIAM KLEIN, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff OLGA PATRICIA NUNEZ was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto and as part of Plainitff's employment as a medical assistant in Defendants' office, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication including but not limited to telephone, fax, and e-mail communications with pharmacies, doctors' offices, insurance companies, and hospitals in various states including New York, California, and Texas.

4. At all times material hereto, Defendant, GLOBAL OB/GYN CENTERS, P.A., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of medical services, at all times material hereto was the "employer" of Plaintiff as that

1

term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendant, ROBERT KLEIN, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, GLOBAL OB/GYN CENTERS, P.A.; said Defendant acted and acts directly in the interests of Defendant, GLOBAL OB/GYN CENTERS, P.A., in relation to said co-Defendant's employees. Defendant effectively dominates GLOBAL OB/GYN CENTERS, P.A. administratively or otherwise acts, or has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others.

6. Defendant, MYRIAM KLEIN, is a resident of Broward County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, GLOBAL OB/GYN CENTERS, P.A.; said Defendant acted and acts directly in the interests of Defendant, GLOBAL OB/GYN CENTERS, P.A., in relation to said co-Defendant's employees. Defendant effectively dominates GLOBAL OB/GYN CENTERS, P.A. administratively or otherwise acts, or has the power to act, on behalf of the corporation relative to its employees and had the authority to direct and control the work of others.

7. Defendant ROBERT KLEIN had authority to control Plaintiff's pay, schedule and duties.

8. Defendant MYRIAM KLEIN had authority to control Plaintiff's pay, schedule and duties.

9. Defendant ROBERT KLEIN was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

10. Defendant MYRIAM KLEIN was and is an "employer" of Plaintiff within the meaning of 29 U.S.C. §203(d).

11. Defendants failed to pay Plaintiff her full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

12. Defendants required Plaintiff to work through her lunch breaks without compensation.

13. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's damages. These amounts may change as Plaintiff engages in the discovery process.

14. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

15. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

16. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**<u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>**
**<u>ALL DEFENDANTS</u>**

17. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-16 above as if set forth herein in full.

18. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

19. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esquire
Bar No.: 74791